IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN MARIA NAVARRO FLORES

DEBTOR

CASE NO 15-08468-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, CARMEN MARIA NAVARRO FLORES**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a proposed amended Plan, dated February 29, 2016, herewith and attached to this motion.

2. This proposed amended Plan is to correct the balance owed to secured creditor Rushmore Loan Management Services, as appears on claim 3-1, and to include step-up payment since maturity date of retirement loan falls on month 40 of Plan's payment period.

**WHEREFORE,** debtor respectfully requests the confirmation of the requested amended Plan, dated February 29, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal

Case:15-08468-ESL13 Doc#:13 Filed:02/29/16 Entered:02/29/16 12:35:44 Desc: Main
Document Page 2 of 4

Page -2-
Amended Chapter 13 Plan
Case no. 15-08468-ESL13

Service copy of this motion to the following non CM/ECF participants: debtor, Carmen Maria Navarro Flores, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of February, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
EMAIL: rfigueroa@rfclawpr.com

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

IN RE:                          Case No. **3:15-bk-8468**

**NAVARRO FLORES, CARMEN MARIA**            Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/29/2016**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **160.00** x **40** = $ **6,400.00**
$ **220.00** x **20** = $ **4,400.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **10,800.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **10,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: **/s/ CARMEN MARIA NAVARRO FLORES**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Rushmore Loan Mgr** Cr. _____ Cr. _____
# **1028000000794** # _____ # _____
$ **5,472.97** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Sistema De Retiro     Rushmore Loan Mgr**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        Rushmore Loan Management Services as service    US Bankruptcy Court District of P.R.
0104-3                                  Fiddler Gonzalez & Rodriguez PSC                Jose V Toledo Fed Bldg & US Courthouse
Case 15-08468-ESL13                     P.O. Box 363507                                 300 Recinto Sur Street, Room 109
District of Puerto Rico                 San Juan, PR 00936-3507                         San Juan, PR 00901-1964
Old San Juan
Mon Feb 29 11:55:01 AST 2016

AEELA                                   Apx Vivint                                      At T Mobility
PO Box 364508                           62992 Collections Center Dr.                    Po Box 981008
San Juan, PR 00936-4508                 Chicago, IL 60693-0629                          Boston, MA 02298-1008


Att Services                            BANCO POPULAR DE PR                             Citibank South Dakota N.a.
103 Ortegon St                          BANKRUPTCY DEPARTMENT                           2365 Northside Dri
Guaynabo, PR 00966-2505                 PO BOX 366818                                   San Diego, CA 92108-2709
                                        SAN JUAN, PR 00936-6818


Claro                                   Eos Cca                                         Luis R. Rivera Santos, Esq.
Po Box 360998                           Po Box 981008                                   Law Affairs, PSC
San Juan, PR 00936-0998                 Boston, MA 02298-1008                           Ave. Pino H-23 Villa Turabo
                                                                                        Caguas, PR 00725-6146


Midland Credit Management, Inc. as agent for   Midland Funding                          Operating Partners CO LLC
Midland Funding LLC                     2365 Northside Dri                              PO Box 194499
PO Box 2011                             San Diego, CA 92108-2709                        San Juan, PR 00919-4499
Warren, MI 48090-2011


Rushmore Loan Management servicing Roosevelt   Rushmore Loan Mgmt Ser                   Sistema De Retiro
PR 00922                                15480 Laguna Canyon Rd S                        PO Box 42003
                                        Irvine, CA 92618-2132                           San Juan, PR 00940-2203


(p)C O AMERICAN INFOSOURCE LP           Williams & Rivera Liti                          CARMEN MARIA NAVARRO FLORES
4515 N SANTA FE AVE                     2100 Main St #350                               URB IDAMARIS GARDENS
OKLAHOMA CITY OK 73118-7901             Irvine, CA 92614-6265                           D-21 MIGUEL A GOMEZ ST
                                                                                        CAGUAS, PR 00727-5720


JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS                         ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)                  PO BOX 186
SAN JUAN, PR 00902-3884                 OCHOA BUILDING                                  CAGUAS, PR 00726-0186
                                        500 TANCA STREET SUITE 301
                                        SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
T-mobile                                End of Label Matrix
12920 Se 38th Stre                      Mailable recipients    23
Bellevue, WA 98006                      Bypassed recipients     0
                                        Total                  23
```