**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>CARMEN MARIA NAVARRO FLORES<br><br>XXX-XX-3670<br><br><br>DEBTOR (S) | CASE NO.:15-08468-ESL<br><br>CHAPTER 13 |

STANDING CHAPTER 13 TRUSTEE'S REPORT OF DEBTOR(S) PLAN
COMPLETION AND THE COMPLIANCE WITH § 1328 DISCHARGE REQUIREMENTS

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Standing Chapter 13 Trustee, and very respectfully reports:

Debtor(s) has/have completed all payments under the confirmed or approved modified plan or has/have completed the payment of all allowed unsecured claims in full.

Be advised that a Final Report & Account will be filed as soon as practicable as required by §§ 1302(b)(1) and 704(a)(9) to allow the Court to close the case pursuant to § 350(a) and Fed.R.Bankr.P. Rule 5009(a).

Be advised that Section 1328(a) provides that after debtor'(s') completion of plan the payments and her/his/their certification that there are no outstanding debts related to Domestic Support Obligations (DSO), the Court shall grant the debtor(s) a discharge of "all debts provided for by the plan…" after compliance with subsections (g)(1), (f) and (h).

COMPLIANCE WITH § 1328(g)(1) & FED.R.BANKR.P. RULE 1007(b)(7)
[Instructional Course]

Debtor(s) has/have filed with the court a certification of completing an instructional course concerning personal financial management, in compliance with § 1328(g)(1) and Fed.R.Bankr.P. Rule 1007(b)(7).

COMPLIANCE WITH § 1328(a) & LBR 3015-3(k)-(DSO)

Debtor(s) is/are not required to file a certification in compliance with § 1328(a) and LBR 3015-3(k), affirming that there are no outstanding support obligations debt.

## COMPLIANCE WITH § 1328(f) - (PRIOR DISCHARGES)

According to the case record the debtor(s) has/have not received a discharge under Chapters 7, 11, or 12 during the 4-year period preceding this case petition date.

## COMPLIANCE WITH § 1328(h) & FED.R.BANKR.P. RULE 1007(b)(8)

Section 522(q)(1) is not applicable, not withstanding Debtor(s) claimed exemptions under local law, pursuant to § 522(b)(2), they did not exceed aggregate limits described in § 522(q)(1).

Debtor(s) has/have not filed the statement required by Fed.R.Bankr.P. Rule 1007(b)(8), related to the existence of any pending proceeding in which the debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

## CONCLUSION

The above described would support a Court's finding, after notice and a hearing held 10 days prior to entering the order [11 USC § 1328(h)], that debtor(s) is/are not entitled to a Chapter 13 Discharge.

WHEREFORE the Standing Chapter 13 Trustee respectfully submits the information in this Report for the Court's consideration in granting or not a Chapter 13 Discharge to the debtor(s) in this case.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this March 08, 2021.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902
Tel (787)977-3535 FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | CARMEN MARIA NAVARRO FLORES<br>IDAMARIS GARDENS<br>D 21 CALLE MIGUEL A GOMEZ<br>CAGUAS, PR 00725 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | APX VIVINT<br>62992 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693-0629 |
| AT T MOBILITY<br>PO BOX 981008<br>BOSTON, MA 02298 | ATT SERVICES<br>103 ORTEGON ST<br>GUAYNABO, PR 00966 |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT<br>PO BOX 2011<br>WARREN, MI 48090 | CITIBANK SOUTH DAKOTA N.A.<br>2365 NORTHSIDE DRI<br>SAN DIEGO, CA 92108 |
| CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936 | RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>AS SERVICING AGENT OF ROOSEVELT CAYMAN ASSET CO<br>PO BOX 11907<br>SAN JUAN, PR 00922 |
| SISTEMA DE RETIRO<br>PO BOX 42003<br>SAN JUAN, PR 00940-2203 | T-MOBILE<br>12920 SE 38TH STRE<br>BELLEVUE, WA 98006 |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>AS SERVICING AGENT OF ROOSEVELT CAYMAN ASSET CO<br>PO BOX 11907<br>SAN JUAN, PR 00922 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |

DATED: March 08, 2021

SANDRA DIAZ
OFFICE OF THE CHAPTER 13 TRUSTEE